UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT MORGALO

Plaintiff,

-v-

Case No. _____

Rule 7.1 Statement

RUBEN BLADES & RUBEN BLADES
PRODUCTIONS, INC

Defendant.

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Plaintiff _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Not applicable.

**Date:** 29 April 2008

Signature of Attorney

**Attorney Bar Code:** MS9115

Form Rule7_1.pdf  SDNY Web 10/2007