UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT MORGALO,

        Plaintiff

  v.                                     No. 08-4079 (LTS)

RUBEN BLADES

     and

RUBEN BLADES PRODUCTIONS, INC.

        Defendants

---

## NOTICE OF MOTION

| | |
|---|---|
| Motion By: | Plaintiff. |
| Date, Time and Place Returnable: | On a date to be determined by the Court, located at the United States District Court for the Southern District of New York, 500 Pearl St., New York, New York 11201. |
| Relief Requested: | An order, pursuant to Local Rule 1.3(c), admitting counsel *pro hac vice*. |
| Supporting Papers: | Affidavit of Michael J Sheppeard and exhibits. |
| Proposed Order: | Annexed hereto. |

Dated: New York, New York
      20 May 2008

                                    BALLON STOLL BADER AND NADLER, P.C.

                                By: _____
                                    Dwight Yellen (DY 6547)
                                    Michael J. Sheppeard (MS9115)
                                    *Attorneys for Plaintiff*
                                    1450 Broadway--14th Fl.
                                    New York, New York 10018
                                    Ph.  212.575.7900