UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ROBERT MORGALO,

                Plaintiff

v().                                              No. 08-4079 (LTS)

RUBEN BLADES

            and

RUBEN BLADES PRODUCTIONS, INC.

                Defendants
_____

### AFFIRMATION/CERTIFICATION OF SERVICE

      MICHAEL J SHEPPEARD, an attorney duly admitted to practice before the Southern District of New York, Eastern District of New York, Courts of the State of New York and New Jersey, affirms, declares and certifies under penalty of perjury:

      I am not a party to the action, am over 18 years of age, am an associate with Ballon Stoll Bader & Nadler, P.C. and have an office at 729 Seventh Ave—17th Fl., New York, New York 10019 and 505 Main Street, Hackensack, New Jersey 07601.

      On 21 May 2008 I served or caused to be served a true copy of

- PLAINTIFF'S MOTION TO ADMIT GILBERT B. ABRAMSON, ESQUIRE, AND MICHAEL B. TOLCOTT, ESQUIRE, PRO HAC VICE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

By First Class Mail to:

Ruben Blades Productions Inc.
135 West 50th
12th Fl.
New York, NY 10020

and

by Fed Ex to:

Pamela D. Gonzalez, Esq.
Bufete Roberto Corretjer Piquer
625 Avenue Ponce de Leon
San Juan, Puerto Rico  00917-4819


Dated: New York, New York
       21 May 2008

_____
MICHAEL J SHEPPEARD