UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT MORGALO,

        Plaintiff

v.                                               No. 08-4079 (LTS)

RUBEN BLADES

        and

RUBEN BLADES PRODUCTIONS, INC.

        Defendants

---

### ORDER

AND NOW, upon consideration of Plaintiff's Motion for the Admission of Gilbert B. Abramson, Esquire and Michael B. Tolcott, Esquire *Pro Hac Vice*, the Motion is hereby **GRANTED.** It is further **ORDERED** that Gilbert B. Abramson, Esquire and Michael B. Tolcott, Esquire shall be admitted to practice before the United States District Court for the Southern District of New York with reference to the above-captioned matter. Messrs. Abramson and Tolcott shall:

(1)     Abide by all Rules of the United States District Court for the Southern District of New York, including all disciplinary rules;

(2)     Consent to the appointment of the Clerk of the Court of Appeals of New York as agent upon whom service of process may be made for all actions against the attorney or the attorney's firm that may arise out of their participation in the above-captioned matter; and

(3)   Notify the Court immediately of any matter affecting either attorney's standing at the bar of any other court.

      E  N  T  E  R:

_____
Hon. Laura T. Swain

Dated: June 12, 2008