UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT MORGALO

    Plaintiff

v.

RUBEN BLADES and RUBEN
BLADES PRODUCTIONS, INC.

    Defendants

Case No. 08 Civ. 4079 (LTS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 8 2008

### ORDER ON WRITTEN MOTION FOR ADMISSION PRO HAC VICE OF EDUARDO J. CORRETJER-REYES

Upon the motion of Jani K. Rachelson, counsel for defendants, Ruben Blades and Ruben Blades Productions, Inc., and said sponsor's affidavit in support;

It is hereby Ordered that

    Eduardo J. Corretjer-Reyes
    Bufete Roberto Corretjer Piquer
    625 Ponce de Leon Avenue
    San Juan, Puerto Rico 00917-4819
    Tel. 787-751-4618
    Fax 787-759-6503
    **ejcr98@yahoo.com**

is admitted to practice *pro hac vice* as counsel for defendants, Ruben Blades and Ruben Blades Productions, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 7/18/08
**New York, New York**

                                      **United States District Judge**

00125492.DOC.1